Maxwell D. Herman (Attorney ID No. 134202014)
BREWER STOREFRONT, PLLC
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone:   (212) 224-6324
Facsimile:   (214) 653-1015

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHIRLY KORCHAK, | § § | CASE NO. 3:18-cv-17575-BRM-DEA |
| Plaintiff, | § § | |
| v. | § § | NOTICE OF *EX PARTE* MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE |
| JOHN DOE, user of Facebook profiles "Moore Nicole," "Korchak Shirl," "Brian Mc," "Rocky Rowe," and "Chi Chi," and JANE DOES 1-30, | § § § § § § § | |
| Defendants. | § | |

   Notice is given that on January 22, 2019, in Courtroom 6W, Clarkson S. Fisher Building & US Courthouse, 402 East State Street, Trenton, New Jersey 08608, before the Honorable Douglas E. Arpert, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard, plaintiff Shirly Korchak will move the Court for an order granting her leave to serve third party subpoenas prior to a Rule 26(f) conference.

   Plaintiff's motion will be made on the ground that the order is necessary to obtain the identity of the John Doe Defendant and serve process thereon.

1

Plaintiff's motion is made pursuant to Federal Rule of Civil Procedure 26(d)(1), and supported by the attached Memorandum of Law, Declaration of Maxwell D. Herman, and Declaration of Shirly Korchak.

A proposed order is attached for the Court's convenience.

Respectfully Submitted,

Date: January 8, 2019                                By:  /s/ *Maxwell D. Herman*

Maxwell D. Herman
BREWER STOREFRONT, PLLC
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone:     (212) 224-6324
Facsimile:       (214) 653-1015

4840-2296-4613.1
0500-02